■■■ In the Matter of ZACHARY D., Appellant. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [847 NYS2d 888]— Appeal from an amended order of the Family Court, Oneida County (James R. Griffith, J., for Brian M. Miga, J.), entered February 8, 2007 in a proceeding pursuant to Family Court Act article 3. The amended order, insofar as appealed from, placed respondent in the custody of New York State Office of Children and Family Services.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Kale F.*, 269 AD2d 832 [2000]). Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.

■■■ MARY ELLEN CHRISTIANSEN, Appellant, v PAUL FALLON, DDS, et al., Respondents. [847 NYS2d 894]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered December 27, 2006 in a dental malpractice action. The order granted defendants' motion to dismiss the complaint and granted leave to plaintiff to replead the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present— Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.